**Order entered February 6, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01002-CR

## EX PARTE: JEREMY MICHAEL LIEBBE

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 19-90392-CC2-M**

## ORDER

The State's second motion for extension of time to file brief is **GRANTED**,

and we **ORDER** the brief filed on or before **MARCH 6, 2023**.

/s/    ERIN A. NOWELL
        JUSTICE